**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**CASE NO.:  4:25-cv-04705**

CHRIS CRISMAN,

                Plaintiff,

v.

SHELL USA, INC.,

                Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff CHRIS CRISMAN by and through his undersigned counsel, brings this

Complaint against Defendant SHELL USA, INC. for damages and injunctive relief, and in

support thereof states as follows:

**SUMMARY OF THE ACTION**

1.      Plaintiff CHRIS CRISMAN ("Crisman") brings this action for violations of

exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Crisman's

original copyrighted Work of authorship.

2.      Crisman is a professional photographer who focuses on photographing people in a

variety of types of work and strives to obtain the most human connection from the person and the

power from the space to balance it out.  He fuels his career by making his work tell a story, to

create an emotional response, beyond reality for a surreal experience with the viewer.  He is a

master of lighting, and has recently been creating many "moving" stills.  Crisman's current

project "Women's Work" focuses on women working in industries dominated by men.  Crisman

travels approximately 6 months of the year, and has shot in every state of the USA.  Crisman has

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

received the LÜrzers Archive 200 Best Photographers Worldwide Award, and awards from Communication Arts Photo Annual, Graphis Photography Annual, American Photography, One Eyeland Photographer of the Year, IPA Awards, and PDN Faces.  His clients include Panasonic, Pearle Vision, Pfizer, Merck, AstraZeneca, American Standard, Shell and ExxonMobil.

3.      Defendant SHELL USA, INC. ("Shell") is a major energy company that is based in Houston, Texas.  Shell is the #1 seller of premium gasoline and has over 12,000 Shell branded fuel stations across the United States. At all times relevant herein, Shell owned and operated the website located at the internet URL www.mymilesmatter.ca (the "Website").

4.      Crisman alleges that Shell copied Crisman's copyrighted Work from the internet to advertise, market and promote its business activities.  Shell committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of Shell's business.

## JURISDICTION AND VENUE

5.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.      Shell is subject to personal jurisdiction in Texas.

8.      Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Shell engaged in infringement in this district, Shell resides in this district, and Shell is subject to personal jurisdiction in this district.

**DEFENDANT**

9.      Shell USA, Inc. is a Delaware Corporation, with its principal place of business at 150 North Dairy Ashford Road, Houston, Texas, 77252-2463, and can be served by serving its Registered Agent, C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas, 75201.

**THE COPYRIGHTED WORK AT ISSUE**

10.      In 2014, Crisman created the photograph entitled "cc2014025_RED_LONG_ret_V2," which is shown below and referred to herein as the "Work."



11.      Crisman registered the Work with the Register of Copyrights on July 31, 2014, as part of a group registration.  The Group Registration was assigned registration number VAu 1-245-068.  The Certificate of Registration is attached hereto as **Exhibit 1**.

12.      At all relevant times Crisman was the owner of the copyrighted Work.

## INFRINGEMENT BY SHELL

13.    Shell hired Crisman to take photos to be used in a Shell Rotella SuperRigs 2013 Calendar (the "Shell Calendar").

14.    Crisman retained the copyrights in all photos taken for Shell.

15.    Shell has never been licensed to use the Work for any purpose outside of the Shell Calendar.

16.    On a date after the Work at issue in this action was created, but prior to the filing of this action, Shell copied the Work outside of the scope of the Shell Calendar.

17.    On or about August 24, 2023, Crisman discovered the unauthorized use of his Work on the Website as the focal image for the "What Is CK-4/FA-4?" special offer as part of a rewards benefits program for Shell customers.

18.    Shell copied Crisman's copyrighted Work without Crisman's permission.

19.    After Shell copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its energy business.

20.    Shell copied and distributed Crisman's copyrighted Work in connection with its business for purposes of advertising and promoting Shell's business, and in the course and scope of advertising and selling products and services.

21.    Shell committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

22.    Crisman never gave Shell permission or authority to copy, distribute or display the Work for any purpose outside the use in the Shell Calendar.

23.    Crisman notified Shell of the allegations set forth herein on March 7, 2024, and April 18, 2024.  To date, the parties have failed to resolve this matter.

## COUNT I
## **DIRECT COPYRIGHT INFRINGEMENT**

24.     Crisman incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25.     Crisman owns a valid copyright in the Work.

26.     Crisman registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27.     Shell copied, displayed, and distributed the Work and made derivatives of the Work without Crisman's authorization in violation of 17 U.S.C. § 501.

28.     Shell performed the acts alleged in the course and scope of its business activities.

29.     Shell's acts were willful.

30.     Crisman has been damaged.

31.     The harm caused to Crisman has been irreparable.

## COUNT II
## **VICARIOUS COPYRIGHT INFRINGEMENT**

32.     Crisman incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

33.     Upon information and belief, a third party committed copyright infringement when they copied, displayed, and made derivatives of the Work.

34.     Shell has a direct financial interest in the infringing material because it derives profits from the Website displaying the infringed Work.

35.     Despite having the ability to stop the infringed Work from being displayed on its Website, Shell allowed the materials to remain up for display.

5
**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

36.     To the extent that the actions described above were performed by the third-party alone, Shell is vicariously liable for the unauthorized copying, display, distribution, and creation of derivative works of the Work without Crisman's authorization in violation of 17 U.S.C. § 501.

37.     Crisman has been damaged.

38.     The harm caused to Crisman has been irreparable.

WHEREFORE, Plaintiff CHRIS CRISMAN prays for judgment against Defendant SHELL USA, INC. that:

a.     Shell and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.     Shell be required to pay Crisman his actual damages and Shell's profits attributable to the infringement, or, at Crisman's election, statutory damages, as provided in 17 U.S.C. § 504;

c.     Crisman be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d.     Crisman be awarded pre- and post-judgment interest; and

e.     Crisman be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Crisman hereby demands a trial by jury of all issues so triable.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

Dated: October 2, 2025

Respectfully submitted,

*/s/ Rebecca A. Kornhauser*
REBECCA A. KORNHAUSER
Bar Number: 381608
rebecca.kornhauser@sriplaw.com

**SRIPLAW, P. A.**
41 Madison Avenue
25th Floor
New York, New York 10010
646.517.3534 – Telephone
561.404.4353 – Facsimile

and

JOEL B. ROTHMAN
Bar Number: 2310207
Joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Chris Crisman*

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS