**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**CASE NO.: 4:25-cv-04705**

CHRIS CRISMAN,

               Plaintiff,

v.

SHELL USA, INC AND PENNZOIL
QUAKER STATE COMPANY DBA SOPUS
PRODUCTS,

               Defendants.

---

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff CHRIS CRISMAN by and through his undersigned counsel, hereby notifies the

Court that the parties have reached a settlement and requests until April 30, 2026, in which to file

a Stipulation of Dismissal.

Dated: March 31, 2026               Respectfully submitted,


               */s/ Rebecca A. Kornhauser*
               REBECCA A. KORNHAUSER
               Bar Number: 3816081 (TXSD)
               rebecca.kornhauser@sriplaw.com

               **SRIPLAW, P. A.**
               41 Madison Avenue
               25th Floor
               New York, New York 10010
               646.517.3534 – Telephone
               561.404.4353 – Facsimile

               *Counsel for Plaintiff Chris Crisman*


**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE